IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United Rentals (North America), Inc., | C.A. No. 3:14-cv-1246-CMC |
| Plaintiff, | |
| -vs- | STIPULATION OF DISMISSAL |
| | WITHOUT PREJUDICE |
| Elauwit Networks, LLC and Taylor P. Jones, a/k/a Taylor Patton Jones, | |
| Defendants. | |

WHEREAS, all parties who have appeared herein desire that the within matter be dismissed, without prejudice:

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto that the within action be, and the same hereby is, dismissed without prejudice, pursuant to Rule 41(a), Federal Rules of Civil Procedure.

WE SO STIPULATE!

| | |
|---|---|
| BERNSTEIN & BERNSTEIN, P.A. | WILLIAM WHARTON WATKINS, SR. S.C. |
| /s/Robert A. Bernstein | /s/William W. Watkins, Sr. |
| Robert A. Bernstein | William W. Watkins, Sr. |
| FEDERAL I.D. #1311 | FEDERAL I.D. #4541 |
| 5418-B Rivers Avenue. | 1916 Barnwell St. |
| North Charleston, SC 29406-6129 | Columbia, SC 29201 |
| (843) 529-1111; (843) 529-0035 (Fax) | (803) 782-0925; (803) 667-3187 (Fax) |
| ATTORNEYS FOR THE PLAINTIFF | ATTORNEYS FOR THE DEFENDANT |
| November 20, 2014 | November 20, 2014 |